**JS6**

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fabian Leon, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Americash, Paul Giangrande, Roth Staffing Companies, L.P., and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: CV 10-3570 R(MGLx)<br><br>[~~Proposed~~] ORDER REFERRING DISPUTE TO ARBITRATION AND STAYING PROCEEDINGS PENDING ARBITRATION<br><br>Complaint Filed: May 12, 2010<br>Trial Date: None |

This matter came before the Court on the Parties' Stipulation for an Order Staying Proceedings Pending Arbitration. Having reviewed the stipulation, and good cause appearing therefore, it is HEREBY ORDERED that:

1. The entire dispute encompassed by the pleadings in this action, and all parties to this action, are ordered into arbitration;

2. Plaintiff and Defendants Americash and Giangrande are ordered to arbitrate the dispute either (a) pursuant to the Arbitration Agreement between Plaintiff and Defendant Americash and the JAMS Class Action Procedures, or (b) using such other rules, procedures, or arbitration forum as to which Plaintiff and Defendants Americash and Giangrande mutually agree;

3. The parties shall submit to the arbitrator the question of whether a class or classes should be certified; and

4. This Court shall retain jurisdiction for any and all subsequent proceedings, including but not limited to any motion to enforce or vacate the award of the arbitrator.

IT IS SO ORDERED.

Dated: September 8, 2010

Honorable Manuel L. Real
United States District Judge

[Proposed] ORDER REFERRING DISPUTE TO ARBITRATION AND
STAYING PROCEEDINGS PENDING ARBITRATION - 2